# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CT50 | 9250991 | TROIANO | VA3438 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 01/05/2022  1/25 | 38 CFR 1.218(b)(29) |

Place of Offense: PARKING LOT #6, 950 CAMPBELL AVE W. HAVEN CT 06516

Offense Description: Factual Basis for Charge    HAZMAT ☐
PARKING IN RESERVED SPACE (GOVERNMENT VEHICLE ONLY)

### DEFENDANT INFORMATION
Last Name: RICHARDSON   SHANA   D.

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 1AKJV6 | CT | 09 | ACURA TL | GRAY |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ 15 Forfeiture Amount
+ $30 Processing Fee
$ 45.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address:   Date:   Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: NOT AVAILABLE to SIGN

Original - CVB Copy
*9250991*

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on January 5, 2022 while exercising my duties as a law enforcement officer in the 50 District of CT

While performing patrol I noticed a gray vehicle parked illegally in a government space. See to 1059 USDVN 9252891. For details

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/05/2022   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident